# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

Office of the Clerk 401 West Trade Street
Charlotte, North Carolina 28202
704-350-7400

RECEIVED
CHARLOTTE, N.C.

JAN 1 5 2009

Clerk, U. S. Dist. Court
W. Dist. of N. C.

January 5, 2009

Clerk, United States District Court
111 North Adams Street, # 303
Tallahassee, FL 32301

Re:    TRANSMISSION OF RULE 5.1  DOCUMENTS

USA vs   Carolyn Marin-Coleman
Western District of North Carolina          Case No. :      3:08MJ276
Northern District of Florida                Case
                                            No.:     4:06CR15

Dear Clerk:

Enclosed please find the original Rule 5.1 paperwork for the above-referenced case.

Please acknowledge receipt of by signing the duplicate of this letter and returning to me.

Sincerely,

s/ Tammy O'Brien
Magistrate Courtroom
Deputy

Return to:

Clerk, U.S. District Court Western
District of North Carolina 401
West Trade Street, Room 218
Charlotte, NC 28202

Enclosures

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE. FLA.

2009 JAN -9  PM 1: 32

RECEIVED